DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

LINDA STEINMAN (*Pro Hac* To Be Filed)
  lindasteinman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10022-1104
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Defendants
NICHOLAS SPARKS; and HACHETTE BOOK GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark A. Mills<br><br>             Plaintiff,<br><br>     vs.<br><br>Nicholas Sparks, an individual; Hachette Book Group, Inc., A Delaware Corporation; and Does 1-10, inclusive,<br><br>             Defendant. | Case No. 2:20-CV-8153-RGK(RAOx)<br><br>**DEFENDANTS' NOTICE OF PLAINTIFF'S FAILURE TO OPPOSE MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Assigned to the Hon. R. Gary Klausner<br><br>Date:      February 1, 2021<br>Time:     9:00 a.m.<br><br>Action Filed:     September 1, 2020 |

1  PLEASE TAKE NOTICE that on December 22, 2020, Defendants Hachette Book Group, Inc., and Nicholas Sparks (collectively, "Defendants") filed and served their Notice of Motion and Motion to Dismiss Plaintiff's Complaint, which is set for hearing on February 1, 2021 at 9:00 a.m. *See* Dkt. No. 9. Given the hearing date, Plaintiff's opposition to the motion was due on or before Monday, January 11, 2021. *See* L.R. 7-9 (opposition must be filed no later than 21 days before hearing date).

To date, no opposition has been filed or served on Defendants. *See generally* Docket. Plaintiff's failure to oppose the motion may be deemed consent to the granting of the motion. *See* L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming dismissal of action with prejudice where pro per plaintiff failed to oppose motion to dismiss; "[a]lthough we construe pleadings liberally in their favor, *pro se* litigants are bound by the rules of procedure"). As a result and for good cause shown, the Court should grant this motion, and enter an order dismissing the Complaint with prejudice.

DATED: January 15, 2021                DAVIS WRIGHT TREMAINE LLP

                                       By: */s/ Diana Palacios*
                                           Diana Palacios

                                       Attorneys for Defendants

NOTICE OF PLAINTIFF'S NON-OPPOSITION TO MOTION TO DISMISS
4834-1621-5767v.1 3910089-000066

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# PROOF OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On January 15, 2021, I served the foregoing document(s) described as: **DEFENDANTS' NOTICE OF PLAINTIFF'S FAILURE TO OPPOSE MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

by forwarding a portable document file to the electronic mail address(es) below:

**EMAIL ADDRESS: MMILLS@INNOVATIVEMAR.COM**

**SERVICE ADDRESS**

Mark A. Mills
IMDC: Innovative Marketing & Digital Communications
100 South Doheny Drive, Suite 223
Los Angeles, CA 90048
Tel: 917-549-1310 / 424-302-0988

*Plaintiff In Pro Per*

☒       **(FROM ELECTRONIC MAIL ADDRESS** nancygonzalez@dwt.com**)** at Suite 2400, 865 South Figueroa Street, Los Angeles, California.

Executed on January 15, 2021, at Los Angeles, California.

☒       Federal       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Nancy Gonzalez | *[signature]* |
|---|---|
| Print Name | Signature |

PROOF OF ELECTRONIC MAIL SERVICE
4832-5566-3829v.1 3910089-000066

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899