**ORIGINAL**

MARK A. MILLS
100 S. DOHENY DRIVE, UNIT #223
LOS ANGELES, CA 90048
PH: (424) 302-0988
E-MAIL: MMILLS@INNOVATIVEMAR.COM

IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 2 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark A. Mills,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Nicholas Sparks, an individual; Hachette Book Group, Inc., A Delaware Corporation; and Does 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-8153-RGK(RAOx)<br><br>**MOTION FOR EXTENSION OF TIME TO ANSWER** |

　　　　Plaintiff, Mark A. Mills, pro se, respectfully request(s) an order granting plaintiff, pro se, an additional 28 days in which to respond to the Plaintiff's Opposition. I am seeking counsel to assist with document preparation.

　　　　Opposing Counsel has been properly notified of this request.

DATED: January 19, 2021

　　　　　　　　　　　　　　By: _[signature]_
　　　　　　　　　　　　　　　　MARK A. MILLS
　　　　　　　　　　　　　　　　IN PRO PER

| Attorney or Party without Attorney:<br>MARK A. MILLS<br>100 S. DOHENY DRIVE, UNIT #223<br>LOS ANGELES, CA 90048<br>Telephone No: 424-302-0988<br><br>Attorney For: IN PRO PER | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATE DISTRICT COURT CENTRAL DISTRICT OF THE STATE OF CALIFORNIA | | | | | |
| Plaintiff: Mark A. Mills<br>Defendant: Nicholas Sparks, an individual; et al | | | | | |
| **PROOF OF SERVICE**<br>**By Federal Express** | Hearing Date: | Time: | | Dept/Div: | Case Number:<br>2:20-CV-8153-RGK(RAO) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the shipment occurred.

2. I served copies of the MOTION FOR EXTENSION OF TIME TO ANSWER (x2)

3. By placing a true copy of each document in a sealed envelope by **Federal Express** with delivery fee prepaid as follows:
   a. Federal Express Tracking Number: 772684900311
   b. Date of Shipment Prepared: Wed, Jan 20, 2021
   c. Place of Preparation: LOS ANGELES, CA 90026
   d. Addressed as follows: DAVIS WRIGHT TREMAINE LLP
           865 S Figueroa St, 24th Floor Los Angeles, CA 90017

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with Federal Express Service on Wed, Jan 20, 2021 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. George Tavara
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

01/20/2021
(Date)    (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY FEDERAL
EXPRESS

5272849
(4556394)






