# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-08153-RGK-RAO | Date | January 25, 2021 |
|---|---|---|---|
| Title | *Mark A. Mills v. Nicholas Sparks et al* | | |

**Present: The Honorable** R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** **(IN CHAMBERS) Order Re: Plaintiffs' Motion for Extension of Time [DE 14]**

Before the Court is the Motion for Extension of Time ("Motion") (ECF No. 14) filed by Plaintiff Mark Mills ("Plaintiff") on January 22, 2021. By his Motion, Plaintiff seeks to extend his deadline to respond to Defendants' pending Motion to Dismiss Plaintiff's Complaint.

Defendants' Motion to Dismiss is calendared for a hearing on February 1, 2021. (ECF No. 9). Plaintiff's deadline to file a memorandum in opposition to Defendants' Motion to Dismiss was therefore January 11, 2021, *i.e.*, twenty-one "days before the date designated for the hearing of the motion[.]" C.D. Cal. L.R. 7-9. Plaintiff's Motion for extension is therefore untimely. Moreover, Plaintiff's sole basis for requesting an extension is that he is "seeking counsel to assist with document preparation." Motion at 1. Plaintiff fails to establish good cause to support his request for an extension. The Court therefore **DENIES** Plaintiff's Motion.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer  _____