JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-08153-RGK-RAO | Date | February 8, 2021 |
|---|---|---|---|
| Title | *Mark A. Mills v. Nicholas Sparks et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Re: Defendants' Motion to Dismiss [DE 9]

## I.   INTRODUCTION

On September 1, 2020, Mark Mills ("Plaintiff") filed a complaint against Nicholas Sparks ("Sparks") and Hachette Book Group, Inc. ("Hachette") (collectively, "Defendants"), alleging claims for (1) copyright infringement and (2) race-based discrimination, in violation of 42 U.S.C. § 1981(a). (Compl., ECF No. 1). Plaintiff's first claim arises from the Defendants' alleged infringement of a manuscript of which Plaintiff is the author and copyright holder. Plaintiff's second claim arises from Hachette's alleged refusal to enter into a publishing contract with Plaintiff because of Plaintiff's race.

Presently before the Court is Defendants' motion to dismiss Plaintiff's Complaint. (Defs.' Mot. to Dismiss ("Motion"), ECF No. 9). Plaintiff failed to file an opposition to the Motion. For the reasons that follow, the Court **GRANTS** Defendants' Motion.

## II.   JUDICIAL STANDARD

Under Rule 12(b)(6), a complaint may be dismissed when the plaintiff's allegations fail to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). When considering a Rule 12(b)(6) motion, a court must accept all of the factual allegations in the complaint as true. *Barker v. Riverside Cnty Office of Edu.*, 584 F.3d 821, 824 (9th Cir. 2009). A pleading must contain sufficient factual matter that, accepted as true, states a claim that is plausible on its face. *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009). A claim is facially plausible when there are sufficient factual allegations to draw a reasonable inference that the defendant is liable for the misconduct alleged. *See id.* However, a court need not accept as true unreasonable inferences, unwarranted deductions of fact, or conclusory legal allegations. *W. Mining Counsel v. Watt*, 643 F.2d 618, 624 (9th Cir. 1981).

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-08153-RGK-RAO | Date | February 8, 2021 |
|---|---|---|---|
| Title | *Mark A. Mills v. Nicholas Sparks et al* | | |

### III. DISCUSSION

Defendants contends that the Court should dismiss Plaintiff's complaint in its entirety. Defendants argue that Plaintiff fails to plead a claim for copyright infringement because Plaintiff has not alleged that defendants copied protectable elements of Plaintiff's manuscript. (Motion at 7). As to Plaintiff's Section 1981 claim, Defendants argue that it is time-barred by the applicable statute of limitations and that Plaintiff has failed to allege race-based discrimination. (*Id.* at 19–20).

Based on a review of Plaintiff's Complaint, Defendants' arguments, and applicable law, it appears that Defendants' arguments listed above are successful challenges to Plaintiff's complaint. The Court need not delve into the merits of these arguments, however, as Plaintiff has failed to file an opposition to the Motion. Local Rule 7-12 states that the failure to timely file any required paper may be deemed consent to the granting or denying of the motion. As such, the Court deems Plaintiff's failure to file an opposition as consent to granting Defendants' Motion.

### IV. CONCLUSION

In accordance with the foregoing, the Court **GRANTS** Defendant's Motion.

**IT IS SO ORDERED.**

_____  :  _____